UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:24-cv-02001-JLS-JC | Date: March 30, 2024 |
| Title:  Alex Kingi v. SAG-AFTRA, et al. | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE CONSOLIDATION**

This action was initiated in Los Angeles County Superior Court and removed to federal court on March 13, 2024.  (*See* Notice of Removal, Doc. 1.)  It has been associated as a related case with 39 other actions against SAG-AFTRA, all of which were removed to federal court and transferred to this Court.  Based on the Court's review of the cases, all the cases feature similar questions of law and fact, namely whether SAG-AFTRA breached its contractual duties of fair representation under the National Labor Relations Act in its promulgation of a Return to Work Agreement during the COVID-19 pandemic.  (*See* Compl. ¶¶ 1, 27, Doc. 1-1.)  Because of the common questions presented by these cases, consolidation seems appropriate.

As a result, Plaintiff is ORDERED to show cause why the following cases should not be consolidated:

- 2:24-cv-01996-JLS-JC, *Dorian Kingi v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-01997-JLS-JC, *Alison Bacon v. Screen Actors Guild - American Federation of Television and Radio Artists et al*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02001-JLS-JC                                                    Date: March 30, 2024
Title:  Alex Kingi v. SAG-AFTRA, et al.

- 2:24-cv-01999-JLS-JC, *Alison Scannell v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02001-JLS-JC, *Alex Kingi v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02002-JLS-JC, *Brent Sexton v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02003-JLS-JC, *Brian Neal Taylor v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02004-JLS-JC, *Chris Kiesewetter v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02006-JLS-JC, *Anastasio Timbinaris v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02007-JLS-JC, *Alex Chansky v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02008-JLS-JC, *Alexandria Williamson v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02010-JLS-JC, *Alexis Christopher v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02012-JLS-JC, *Anna Maria Sforza Villa v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02014-JLS-JC, *Alfred Cialella Jr. v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02015-JLS-JC, *Carolyn Mincin v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02016-JLS-JC, *Chanda Watts v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02017-JLS-JC, *Antoinette Staniewicz v. Screen Actors Guild - American Federation of Television and Radio Artists et al*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02001-JLS-JC                               Date: March 30, 2024
Title:  Alex Kingi v. SAG-AFTRA, et al.

- 2:24-cv-02019-JLS-JC, *Bertha Alicia Benavides v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02022-JLS-JC, *Buffy Metler v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02026-JLS-JC, *Claire Proft v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02028-JLS-JC, *Clinton Graham v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02029-JLS-JC, *Christine Mitchell v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02034-JLS-JC, *Darby Gwynn v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02038-JLS-JC, *Dan Marshall v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02040-JLS-JC, *Dawn Mare Anderson v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02042-JLS-JC, *David Ehrman v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02047-JLS-JC, *Davis Neves v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02051-JLS-JC, *David Robert Giuliani v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02053-JLS-JC, *David Heneise v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02054-JLS-JC, *Adam George Hutchinson v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02057-JLS-JC, *Harold G. Eder II v. Screen Actors Guild - American Federation of Television and Radio Artists et al*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02001-JLS-JC                                                     Date: March 30, 2024
Title:  Alex Kingi v. SAG-AFTRA, et al.

- 2:24-cv-02060-JLS-JC, *Heather Louise Herington v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02063-JLS-JC, *Gregory Charles Sporoles v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02066-JLS-JC, *Harold Plaut v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02067-JLS-JC, *Henry Robinson v. Screen Actors Guild - American Federation of Television and Radio Artists*
- 2:24-cv-02071-JLS-JC, *James Antony Dinonno v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02074-JLS-JC, *James Joseph Aquino v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02075-JLS-JC, *Charles R. Slavin III v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02076-JLS-JC, *Jeffrey Jonnatan Quintana v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02078-JLS-JC, *Jesus Tucker v. Screen Actors Guild - American Federation of Television and Radio Artists et al*
- 2:24-cv-02079-JLS-JC, *Joann Lizarraga v. Screen Actors Guild - American Federation of Television and Radio Artists et al*

The cases would all be consolidated under the low-number case, *Dorian Kingi v. Screen Actors Guild - American Federation of Television and Radio Artists et al.* (2:24-cv-01996-JLS-JC).  All filings would be made in that action, which would bear the caption *Dorian Kingi, et al. v. SAG-AFTRA, et al.*

To address whether consolidation is appropriate, the Court sets a hearing for **Friday, April 26, 2024, at 10:30 a.m.**  Plaintiff must respond, in writing, by April 5, 2024, explaining Plaintiff's position on consolidation.  Defendants shall then respond to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02001-JLS-JC	Date: March 30, 2024
Title:  Alex Kingi v. SAG-AFTRA, et al.

Plaintiff's position, in writing, by April 12, 2024.  No further briefing is allowed; responses shall not exceed ten pages.

     The hearing on Defendants' motion to dismiss, currently scheduled for April 19, 2024, at 10:30 a.m., is CONTINUED to May 10, 2024, at 10:30 a.m., so that the Court may first resolve the question of case consolidation.  Similarly, no scheduling conference will be set until after this question is resolved.  If the cases are consolidated, Defendants' pending motion to dismiss will be denied as moot so that Defendants can file a single motion to dismiss under the new, consolidated case caption.

                                         Initials of Deputy Clerk: cr